**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __5th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Martha Cecilia Blanco** | JOINT DEBTOR: | | CASE NO.: | **17-12763-RAM** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-2725** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ __2,936.27__ for months __1__ to __60__ ; **Beginning April 7, 2017**
    B.  $ _____ for months ____ to ____ ;
    C.  $ _____ for months ____ to ____ ; in order to pay the following creditors:

<u>Administrative:</u>  Attorney's Fee - $ __3,500.00 Base Fee plus 2 MTV for a total of $5,000.00__   TOTAL PAID $ __1,490.00__

    Balance Due  $ __3,510.00__ payable $ __83.09__ /month (Months __1__ to __42__)
                                           __20.22__ /month (Months __43__ to __43__)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| **-NONE-** | Arrearage on Petition Date $ _____ | | |
|---|---|---|---|
| Address: _____ | Arrears Payment $ _____ | /month | (Months _ to _) |
| Account No: _____ | Regular Payment $ _____ | /month | (Months _ to _) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Real Time Resolutions**<br>**Attn: Bankruptcy Dept.; PO Box 36655; Dallas, TX 75235**<br>**Account No: ending 9702** | **10445 NW 8 Street #201 Pembroke Pines, FL 33026 Broward County**<br>**ID # 5141 18 BQ 0190**<br>$ **127,000.00** | 0% | $ 0.00 | 0 To 0 | 0.00 |
| **Seterus Inc**<br>**14523 SW Millikan Way Street; Beaverton, OR 97005**<br>**Account No: ending 2297** | **10445 NW 8 Street #201 Pembroke Pines, FL 33026 Broward County**<br>**ID # 5141 18 BQ 0190**<br>$ **134,000.00** | 5.5% | $ 2,559.55 | 1 To 60 | 153,573.00 |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

| **-NONE-** | Total Due $ _____ | | | | |
|---|---|---|---|---|---|
| | Payable $ _____ | /month | (Months _ to _) | Regular Payment $ _____ | |

<u>Unsecured Creditors:</u> Pay $ **62.87** /month (Months **43** to **43**).
                      Pay $ **83.09** /month (Months **44** to **60**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**

-None-

**Assumed Contracts and/or Leases**

**Ramero A. Ortiz & Maria E. Valazco**

**10445 NW 8 Street # 201**

**Pembroke Pines, FL 33026**

-Assume-

>    **Special Intentions:**
>    **Bella Grand Condominium Asso. Inc., acct ending 201: Debtor will treat claim outside the Chapter 13 Plan.**
>    **Cedar Glenn Condominum Apts. Inc., acct ending 0211: Debtor will treat claim outside the Chapter 13 Plan.**
>
>    **\*\*  Debtor will be responsible for all taxes and insurance on the property located at 10445 NW 8 Street # 201, Pembroke Pines, FL 33026 outside the Chapter 13 Plan. \*\***
>
>    **.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Martha Cecilia Blanco**
**Martha Cecilia Blanco**
Debtor

Date:  **July 14, 2017**